IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| PROFESSIONAL, INC. D/B/A<br>PROFESSIONALS AUTO BODY,<br><br>    Plaintiff,<br><br>vs.<br><br>FIRST CHOICE AUTO INSURANCE<br>COMPANY, ET AL.,<br><br>    Defendant. | C.A. No. 3:17-CV-00170-KRG |

## JOINT STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiff, Professional, Inc. d/b/a Professionals Auto Body and Defendant Kemper Financial Indemnity Company, by and through their attorneys, respectfully and jointly submit this Stipulation of Dismissal of this action without prejudice, each party to bear its own costs and fees. The parties request that the Clerk of Courts now close this case as to Defendant Kemper Financial Indemnity Company only.

Dated: October 30, 2017

/s/James R. Huff, II
James R. Huff, II, Esq.
PA ID No. 33270
Forr, Stokan, Huff, Kormanski & Naugle
1701 5th Avenue
Altoona, PA 16602
Ph: 814-946-4316
Fx: 814-946-9426
jhuff@sfshlaw.com

*Counsel for Plaintiff*

/s/Eric R. Goodman
Eric R. Goodman, Esq.
Ohio Bar #0076035
BAKER & HOSTETLER, LLP
127 Public Square, Suite 2000
Cleveland, OH 44114
Ph: 216-621-0200
Fx: 216-696-0740
egoodman@bakerlaw.com

*Counsel for Defendant Kemper*
*Financial Indemnity Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of October, 2017, I electronically filed the foregoing Joint Stipulation of Dismissal regarding Defendant Kemper Financial Indemnity Company with the Clerk of Court using the ECF system, which sent notification of such filing to all Counsel of Record.

/s/James R. Huff, II
James R. Huff, II, Esq.
PA ID No. 33270
Forr, Stokan, Huff, Kormanski & Naugle
1701 5th Avenue
Altoona, PA  16602
Ph: 814-946-4316
Fx: 814-946-9426
jhuff@sfshlaw.com

*Counsel for Plaintiff*