# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PROFESSIONAL, INC.,**

      **Plaintiff,**

**v.**                                                                       Case No:   6:18-cv-6023-Orl-31TBS

**FIRST CHOICE AUTO INSURANCE COMPANY, et al.,**

      **Defendants.**

## ORDER

Upon consideration of the parties' Stipulation to Stay Action (Doc. 95), it is hereby

**ORDERED** that any and all deadlines and proceedings in this action, including any and all pleadings and motions, are **STAYED** pending disposition of the several cases presently on appeal in *In re Auto Body Shop Antitrust Litigation*, MDL No. 2557, Case No. 6:14-md-2557-Orl-31TBS (M.D. Fla.).

**DONE** and **ORDERED** in Chambers, Orlando, Florida on February 22, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party