# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**PROFESSIONAL, INC.,**

    **Plaintiff,**

**v.**                                                     Case No:   6:18-cv-6023-Orl-31EJK

**FIRST CHOICE AUTO INSURANCE COMPANY, et al.,**

    **Defendants.**

## ORDER

This case was transferred from the Western District of Pennsylvania to this court in February 2018 as part of MDL 2557. On February 22, 2018, the case was stayed pending disposition of appeals pending in the Eleventh Circuit Court of Appeals. Doc. 96. Following the *en banc* opinion of the Eleventh Circuit in *Quality Auto Painting Ctr. of Roselle, Inc. v. State Farm Indem. Co.*, 917 F.3d. 1249 (11th Cir. 2019), the stay in this case was lifted on June 24, 2020. Doc. 101.

Pursuant to Doc. 348 in the master docket, 6:14-md-2557, the Court ordered Defendants to file responsive pleadings to Plaintiff's Complaint by August 7, 2020. Doc. 102. Defendants complied with that order and filed motions to dismiss on August 7, 2020 (Docs. 107, 108, 109, 110, 112, and 113). Pursuant to the rules of this court, Plaintiff's response to these motions was due August 21, 2020. Local Rule 3.01(b). Plaintiff has failed to file a response, and the motions stand unopposed.

It is, therefore,

**ORDERED** that Defendants' motions are **GRANTED**.   Plaintiff's Complaint is hereby **DISMISSED**, and the Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on September 17, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party